IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,　　　　　　　　　　CV F 06 1378 OWW  WMW  P

  vs.　　　　　　　　　　　　　　　ORDER TO SHOW CAUSE

J. NEUBARTH, et al.,

    Defendants.

    Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

    Plaintiff, an inmate in the custody of the California Department of Corrections at High Desert State Prison, brings this civil rights action against defendant correctional officials employed by the Department of Corrections at Corcoran State Prison. The conduct alleged in this lawsuit occurred while Plaintiff was housed at Corcoran.

    The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

1    This plaintiff has, on 3 prior occasions, brought civil actions challenging the
2 conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state
3 a claim upon which relief can be granted.  <u>Chappell  v. Gomez</u>, CV 94 1520 (N.D. Cal.);
4 <u>Chappell  v. Reed</u>, CV S 02 1706 GEB JFM P; <u>Chapell v. McCargar</u>, CV S 02 2299 GEB KJM
5 P.    Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts
6 indicating that he is in imminent danger of serious physical injury.   There are no such facts
7 alleged in this case.  Plaintiff's allegations relate to the conduct of medical officials regarding
8 Plaintiff's treatment for Hepatitis C.  Plaintiff disagrees with the course of treatment prescribed
9 by prison doctors at Corcoran in 2004.   Plaintiff alleges no facts indicating that he is in
10 imminent danger.
11    Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to show cause,
12 within thirty days of the date of service of this order, why his request to proceed in forma
13 pauperis should not be revoked.    Failure to file a response will result in an order directing
14 Plaintiff to submit the $350 filing fee in full.

18 IT IS SO ORDERED.
19 **Dated:    November 5, 2007**              /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE