IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

    Plaintiff,                        CV F 06 1378 OWW WMW P

    vs.                                FINDINGS AND RECOMMENDATIONS

J. NEUBARTH, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) at High Desert State Prison, brings this civil rights action against correctional officials employed by the CDCR at Corcoran State Prison.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury."

This plaintiff has, on 3 prior occasions, brought civil actions challenging the

conditions of his confinement.  All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted.  Chappell v. Gomez, CV 94 1520 (N.D. Cal.); Chappell v. Reed, CV S 02 1706 GEB JFM P; Chapell v. McCargar, CV S 02 2299 GEB KJM P.  Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury.   There are no such facts alleged in this case.  Plaintiff's allegations relate to the conduct of medical officials regarding Plaintiff's treatment for Hepatitis C.  Plaintiff disagrees with the course of treatment prescribed by prison doctors at Corcoran in 2004.   Plaintiff alleges no facts indicating that he is in imminent danger.

On November 5, 2007, an order to show cause was entered, directing Plaintiff to show cause, within thirty days, why he should not be denied leave to proceed in forma pauperis and directed to pay the filing fee in full.  Plaintiff has not filed a response to the order to show cause.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g).

2. Plaintiff be ordered to submit the $350.00 filing fee in full within fifteen days.

3. Should plaintiff fail to pay the filing fee, this action be dismissed, without prejudice for his failure to do so, pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   December 11, 2007**              /s/  William M. Wunderlich
                                             UNITED STATES MAGISTRATE JUDGE